**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equity Solutions LLC,           ) | No. CV-12-02646-PHX-FJM |
|                                 ) | |
|         Plaintiff,              ) | **STIPULATED FINAL JUDGMENT** |
|                                 ) | |
| vs.                             ) | |
|                                 ) | |
| Reginald D. Fowler; Spiral Inc., ) | |
|                                 ) | |
|         Defendants.             ) | |
|                                 ) | |

Based upon the Parties' Stipulation for Entry of Final Judgment and good cause appearing,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Equity Solutions, LLC shall have Judgment in its favor and against Defendants Reginald D. Fowler and Spiral, Inc., jointly and severally, for the principal sum of $4,042,165.00 with interest accruing thereon from the date of this Judgment until paid at the statutory rate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear its own attorneys' fees and costs incurred up to and until the date of this Judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all pending Court dates in this matter are hereby vacated.

DATED this 4th day of March, 2014.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge